SARAH HODES, Respondent, v. NATHAN HODES, Appellant.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of ROSARIO RESCA, Respondent, against THOMAS E. ROHAN et al., Constituting the State Liquor Authority, Appellants.—

Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ., concur. [See *post*, p. 972.]